UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VEDA PORRECA,

    Plaintiff,

v.   Case No: 2:17-cv-279-FtM-99MRM

FIRST PREMIER BANK,

    Defendant.

### ORDER

This matter comes before the Court on the parties' Joint Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure 41 (Doc. #23) filed on February 2, 2018. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this __2nd__ day of February, 2018.

                                                 JOHN E. STEELE
                                         SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record